IN THE UNITED STATES DISTRICT COURT  FILED'11 JAN 06 17:15USDC-ORP

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. ~~10-~~ 11-08 - BR |
| v. | INDICTMENT |
| MICHAEL CARPENTER,<br>      Defendant. | 18 U.S.C. § 1709 |

THE GRAND JURY CHARGES:

**COUNT 1**
**Theft of Mail by Officer or Employee**

On about or between July 6, 2010 and July 7, 2010, in the District of Oregon, MICHAEL CARPENTER, being then and there an officer of employee of the Postal Service, did knowingly embezzle mail and articles or things contained therein which were entrusted to him or came into his possession intended to be conveyed by mail or carried or delivered by any agent of the department of the Postal Service, to wit: a Visa gift card ending in 3771, in violation of Title 18, United States Code, Section 1709.

DATED this  6  day of  January  201l.

A TRUE BILL:

_____
OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

_____
GREGORY R. NYHUS, OSB# 913841
Assistant United States Attorney